## CERTIFICATE OF SERVICE

I, Jaime S. Tuite, Esq., hereby certify that on this 12th of January 2026, a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system.

>Charles A. Lamberton, Esq.
>Lamberton Law Firm, LLC
>2589 Washington Road, Suite 432
>Pittsburgh, PA 15241
>412-258-2250
>cal@lambertonlaw.com
>*Attorney for Plaintiff*

Date: January 12, 2026                **BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Jaime S. Tuite, Esq.*
Jaime S. Tuite, Esq. (PA ID No. 87566)
Hannah B. MacKay, Esq. (PA ID No. 330247)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562-8800 (telephone)
(412) 562-1041 (facsimile)
jaime.tuite@bipc.com
hannah.mackay@bipc.com

*Attorneys for Defendant City of Pittsburgh*

4902-7483-1484, v. 7