**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CHRISTINE L. LUFFEY,               )

          )

      Plaintiff,               )

          )

vs.                           )        Case No. 2:25-cv-01758-PLD

          )

CITY OF PITTSBURGH,         )

          )

      Defendant.           )

## <u>REPORT OF NEUTRAL</u>

The **Mediation** session was scheduled to be held in the above-captioned matter on **April 14, 2026** at **10:00 a.m.** The case (please check one):

      <u>    </u>has resolved

      <u>    </u> has resolved in part

      <u>  X  </u> has not resolved.

The parties request that a follow up conference with the Court should be scheduled within ___ days. If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain.

Dated: <u>April 14, 2026</u>        Signature of Neutral: <u>*/s/ Sally G. Cimini*</u>