**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTINE LUFFEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURGH,<br><br>Defendant. | Case No. 2:25-cv-1758<br><br>Hon. Patricia L. Dodge |

**UPDATED JOINT STATUS REPORT**

Plaintiff Christine Luffey and Defendant City of Pittsburgh, through undersigned counsel, submit this updated joint status report pursuant to this Court's August 26, 2026, Order, ECF No. 23. Since the parties' first Joint Status Report, ECF No. 22, the parties executed a final settlement agreement. Plaintiff will file a stipulation of dismissal once the settlement payment has been received.

Dated: September 28, 2026

Respectfully submitted,

**LAMBERTON LAW FIRM, LLC**

By: */s/ Charles A. Lamberton*

Charles A. Lamberton (PA ID No. 78043)
2589 Washington Road, Suite 432
Pittsburgh, PA 15241
Tel: (412) 258-2250
cal@lambertonlaw.com

*Counsel for Plaintiff Christine Luffey*

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Justin E. Lewis*

Jaime S. Tuite (PA ID No. 87566)
Justin E. Lewis (PA ID No. 338950)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
jaime.tuite@bipc.com
justin.lewis@bipc.com

*Counsel for Defendant City of Pittsburgh*